## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                    ) | |
|            Plaintiff,              ) | |
|                                    ) | |
|     v.                             ) | 3:12-CR-132-RCJ-(WGC) |
|                                    ) | |
| GARY CLICK,                        ) | |
|                                    ) | |
|            Defendant.              ) | |

**FINAL ORDER OF FORFEITURE**

On January 3, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253 based upon the plea of guilty by defendant GARY CLICK to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant GARY CLICK pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 21; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 26.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 9, 2014, through February 7, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 28.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One Western Digital Hard Drive (Serial No. WCAP97113304);
2. One HP Desktop Computer (Serial No. 621HA003499);
3. One CD that has "picks from Gwen's camera 8-24-10" written on it;
4. One custom built computer (Serial No. RC430KWN1112170013);
5. One Intel Hard Drive (Serial No. 201RMVB1N975);
6. One Western Digital Hard Drive (Serial No. WAA52498107);
7. One Sandisk Cruiser 4GB (Serial No. SDCZ36H-004G); and
8. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated: June 18, 2014

_____
UNITED STATES DISTRICT JUDGE