RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for Gary Click

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY CLICK,<br><br>　　　　　Defendant. | Case No. 3:12-CR-00132-RCJ-WGC<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING (FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for GARY CLICK and CHRISTOPHER CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for June 21, 2021, at 10:30 AM, be vacated and continued to July 12, 2021, at 10:30 AM.

　　/ / /

　　/ / /

This Stipulation is entered into for the following reasons:

Mr. Click is scheduled to appear before this court for a Revocation Hearing on June 21, 2021, at 10:30 AM. Undersigned counsel request that this matter be continued to July 12, 2021, at 10:30 AM, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Click is currently on bond.

3. The parties agree to the continuance.

This is the first request for a continuance.

DATED this June 15, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for GARY CLICK | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for June 21, 2021, at 10:30 AM, be vacated and continued to July 12, 2021, at 10:30 AM.

DATED this 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE