UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY CLICK,<br><br>　　　　　Defendant. | Case No. 3:12-CR-00132-RCJ-WGC<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING (FOURTH REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for GARY CLICK and CHRISTOPHER CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for October 18, 2021, at 10:30 AM, be vacated and continued to November 22, 2021, at 11:00 AM.

　　　/ / /

　　　/ / /

This Stipulation is entered into for the following reasons:

Mr. Click is scheduled to appear before this court for a Revocation Hearing on October 18, 2021, at 10:30 AM. Undersigned counsel request that this matter be continued to November 22, 2021, at 11:00 AM, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Click is currently on bond.

3. The parties agree to the continuance.

This is the fourth request for a continuance.

DATED this September 20, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for GARY CLICK | By  /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 18, 2021, at 10:30 AM, be vacated and continued to November 22, 2021, at 11:00 AM.

DATED this 21st day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE